IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HECTOR AMAYA, *et al*,<br><br>    *Plaintiffs*,<br><br> v.<br><br>U.S. CUSTOMS AND BORDER PROTECTION, *et al*,<br><br>    *Defendants*. | Civil Action No. 1:22-cv-242 (TSC) |

**JOINT MOTION FOR BRIEFING SCHEDULE**

Pursuant to this Court's minute order entered on February 1, 2022, the parties have conferred and jointly propose that the Court enter the following briefing schedule:

- Plaintiffs shall serve the complaint on Defendants, and Defendants shall file their Opposition to Plaintiffs' Motion for Preliminary Injunction on or before February 11, 2022;

- Plaintiffs shall file their Reply on or before February 15, 2022;

- The Court will conduct a hearing, to the extent it determines one is necessary, on February 21, 2022, or at the Court's earliest convenience thereafter.

This schedule represents what the parties believe to be the time necessary to present their arguments to the Court. *See* LCvR 65.1(c). The 21-day deadline for a hearing set by Local Rule 65.1(d) falls on February 21, 2022, and the parties have agreed, subject to the Court's approval, to set argument on that date or at the Court's earliest convenience thereafter.

A Proposed Order is attached hereto.

2

DATED: February 2, 2022.                          Respectfully submitted,

/s/ *Baruch Weiss*
Baruch Weiss (D.C. Bar No. 388977)
R. Stanton Jones (D.C. Bar No. 987088)
Pari R. Mody (D.C. Bar No. 1032210)
Stephen K. Wirth (D.C. Bar No. 1034038)
John Swanson (D.C. Bar No. 1708630)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., N.W.
Washington, DC 20001
Tel.: (202) 942-5000
Fax: (202) 942-5999

*Attorneys for Plaintiffs*


BRIAN M. BOYNTON
Acting Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

BRIGHAM J. BOWEN
Assistant Branch Director

/s/ *Alexander V. Sverdlov*
ALEXANDER V. SVERDLOV
 (NY No. 4918793)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 305-8550
alexander.v.sverdlov@usdoj.gov

*Attorneys for Defendants*